UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | : | |
| --- | --- | --- |
| | : | |
| ROBERT W. & CYNTHIA L. STARR | : | Case No. 08-17458-RGM |
| | : | Chapter 7 |
| Debtors. | : | |

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $8.28 representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name and Address | Claim No. | Amount of Dividend |
| --- | --- | --- |
| PYOD LLC its successors and assigns<br>As assignee of Citibank<br>c/o Resurgent Capital Service<br>P O Box 19008<br>Greenville, SC  29602-6174 | 8 | $0.96 |
| Recovery Management Systems Corp.<br>For GE Money Bank d/b/a/ Old Navy<br>25 SE 2nd Avenue, #1120<br>Miami, FL  33131 | 17 | $2.95 |
| Recovery Management Systems Corp.<br>For GE Money Bank d/b/a/ GAP<br>25 SE 2nd Avenue, #1120<br>Miami, FL  33131 | 19 | $1.21 |
| Virginia Dept. of Taxation<br>P O Box 2156<br>Richmond, VA  23218 | 21 | $3.16 |

Dated: 10/13/2010          /s/ RICHARD A. BARTL
                           RICHARD A. BARTL, Chapter 7 Trustee
                           TYLER, BARTL, RAMSDELL & COUNTS, PLC
                           300 N. Washington Street, Suite 202
                           Alexandria, Virginia 22314
                           (703) 549-5000